UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALA MALEK,<br><br>                              Plaintiff,<br><br>v.<br><br>VALENTIA APARTMENTS, LLC; SHEA PROPERTIES MANAGEMENT COMPANY, INC.; and DANIELLE HARRIS,<br><br>                              Defendants. | Case No.:  24cv2076-LL-BLM<br><br>**ORDER:**<br><br>**GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [ECF No. 17];**<br><br>**ACCEPTING FIRST AMENDED COMPLAINT AS OPERATIVE [ECF No. 18]; AND**<br><br>**DENYING AS MOOT ALL OTHER PRIOR MOTIONS [ECF Nos. 3, 14]** |

On March 4, 2025, the parties jointly moved for Plaintiff's leave to file a First Amended Complaint ("FAC"). ECF No. 17. On March 10, 2025, Plaintiff filed the FAC, which has thirty-five more allegations and three more claims than the original complaint. *Compare* ECF No. 1 *with* ECF No. 18. Good cause appearing, the Court **GRANTS** the parties' request and **ACCEPTS** the newly-filed FAC as operative. ECF No. 18. By **March 31, 2025**, Defendants must file their response to the FAC.

All other prior motions, that is Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss (ECF Nos. 3, 14), being based on the now-inoperative

1  complaint, are **DENIED AS MOOT**. *See O. L. v. City of El Monte*, No. 20-cv-0797-RGK
2  (JDE), 2020 WL 7264545, at *2–3 (C.D. Cal. Mar. 20, 2020) (denying as moot motion for
3  preliminary injunction and motion to dismiss based on prior complaint when accepting new
4  "operative" complaint); *Perrin Bernard Supowitz, LLC v. Morales*, No. 22-cv-2120-ODW
5  (JEMx), 2022 WL 3686407, at *2 (C.D. Cal. Aug. 25, 2022) (denying as moot motion for
6  preliminary injunction based on "now-inoperative" complaint when the plaintiff amended
7  his complaint with "new allegations and claims").

8      **IT IS SO ORDERED.**

9  Dated:  March 12, 2025

Honorable Linda Lopez
United States District Judge